William I. Rothbard (SBN 72447)
**LAW OFFICES OF WILLIAM I. ROTHBARD**
1217 Yale Street, Suite 104
Santa Monica, California  90404
Telephone: 310-453-8713
Facsimile:  310-453-8715
Email: Bill@RothbardLaw.com

Attorney for Defendant Casting Dynamics d/b/a Casting360

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT MAGEE**, on behalf of himself and similarly situated individuals, | Case Number:  3:16-cv-07313-WHO |
| **Plaintiff,** | |
| -v- | |
| **CASTING DYNAMCIS, LLC d/b/a Casting369** | |
| **Defendant.** | |

### ORDER

Upon good cause shown, **IT IS HEREBY ORDERED** that the time for filing of a response to the complaint by Defendant Casting Dynamics, LLC d/b/a Casting360 is extended to and including thirty (30) days from the date of this order.  The Case Management Conference is continued to April 4, 2017 at 2:00 p.m. with the joint Case Management Statement due by March 28, 2017.

IT IS SO ORDERED.

Dated: February 14, 2017

_____
United States District Judge