1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT MCGEE,

              Plaintiff,

     v.

CASTING DYNAMICS LLC,

              Defendant.

Case No.  16-cv-07313-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

      As indicated by the Second Stipulation to Extend Time, the parties have reached a settlement in this case.  Dkt. No. 18 at 1.

      IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any deadlines, hearings, and the case management conference set for April 4, 2017 are VACATED.  It is further ordered that if any party certifies to this Court that settlement has not in fact occurred, with proper notice to opposing counsel within ninety (90) days from the date below, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

      **IT IS SO ORDERED.**

Dated: March 22, 2017

_____

William H. Orrick
United States District Judge